UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                         Case No:   2:16-cv-95-FtM-38MRM

IPTV-B-CO6, LLC, MISSION NAPLES 2004, LLC, HONG VIEN THI LE, ANTHONY SPANO, TERRI LYNN SPANO, EDWIN B. WALKER, NECCST, LLC and KLCRT, LLC,

    Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on the Plaintiff, Patricia Kennedy's Unopposed Motion to Drop Terri Lynn Spano, Co-Trustree of the Anthony Spano Revocable Trust as a Party ([Doc. #28](#)) filed on March 18, 2016.  Pursuant to M.D. Fla. Local Rule 3.01(g), Plaintiff conferred with the Defendant and no one opposes the Motion.

Defendant, Terri Lynn Spano has been removed as a trustee of the Anthony Spano Revocable Trust, and, for that reason, has no further interest in the trust or the property owned by the trust.  Therefore, Terri Lynn Sprano will be dismissed as a Party in this case.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

The Plaintiff, Patricia Kennedy's Unopposed Motion to Drop Terri Lynn Spano, Co-Trustree of the Anthony Spano Revocable Trust as a Party ([Doc. #28](Doc. #28)) is **GRANTED**. Defendant, Terri Lynn Spano is hereby **DISMISSED** from the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of March, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record